# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 CR 42

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| LEWIS BRADLEY BIBB, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** came before the undersigned pursuant to a Motion to Modify Terms of Pre-Trial Release (#4) filed by counsel for Defendant. At the call of this matter on for hearing, it appeared that Defendant was present with his counsel Stephen L. Cash and the Government was present through AUSA Thomas Kent. Having heard and considered the arguments of counsel for the Defendant and counsel for the Government, the undersigned has determined to grant the motion.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Modify Terms of Pre-Trial Release (#4) is **ALLOWED** and Defendant's terms and conditions of pre-trial release are modified as set forth in an additional Order entered herein.

Signed: May 3, 2016

_____
Dennis L. Howell
United States Magistrate Judge