# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16cr42

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| LEWIS BRADLEY BIBB, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is the Motion for Extension of Time [# 16]. The Defendant seeks and extension of time to file pre-trial motions in this case. Upon a review of the record and for good cause shown, the Court **GRANTS** the motion [# 16]. Defendant shall have until June 24, 2016, to file any pre-trial motions in this case.

Signed: May 27, 2016

Dennis L. Howell
United States Magistrate Judge

1